**Order entered September 3, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00404-CV

### ROBERT T. O'DONNELL, Appellant

### V.

### JULIA L. VARGO, Appellee

**On Appeal from the 302nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-86-15027**

## ORDER

Before Chief Justice Wright and Justices Lang-Miers and Brown

We **DENY** appellee's August 12, 2014 motion to dismiss the appeal for want of jurisdiction and motion for sanctions.

                                    /s/    ADA BROWN
                                           JUSTICE